UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED
JAMES J. VILT, JR. - CLERK
SEP -7 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**SALEH ELFARRAH**

INDICTMENT

NO. 3:22-CR-107-DJH

18 U.S.C. § 981
18 U.S.C. § 982
18 U.S.C. § 1014
18 U.S.C. § 1028A
18 U.S.C. § 1343
28 U.S.C. § 2461

The Grand Jury charges:

### COUNTS 1-2
*(Wire Fraud)*

1. From in or about August 2017 to in or about November 2017, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **SALEH ELFARRAH,** devised and intended to devise a scheme to defraud United Wholesale Mortgage and First Commonwealth Mortgage Corp., and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, knowing that such pretenses, representations, and promises were false when made, and for the purpose of executing said scheme, did knowingly transmit and cause to be transmitted by means of wire, radio, and television communications in interstate commerce, writings, signs, signals, pictures, and sounds.

2. As part of the scheme to defraud. **SALEH ELFARRAH**, applied for and submitted a loan application to United Wholesale Mortgage and First Commonwealth Mortgage Corp. in the identity of another person, A.E., when in truth, **SALEH ELFARRAH** was the loan applicant.

3. As part of the scheme to defraud, **SALEH ELFARRAH**, used a fraudulent driver's license, social security card for the identity of A.E., and tax returns for A.E., to apply for and obtain loan proceeds for the purchase of a residence. **SALEH ELFARRAH** created the false impression that he was A.E., the loan applicant.

4. On or about September 13, 2017, in Jefferson County, Kentucky, in the Western District of Kentucky, and elsewhere, the defendant, **SALEH ELFARRAH,** for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below:

| Count | Date | Description |
|---|---|---|
| 1 | September 13, 2017 | Wire Transfer of Loan proceeds of $327,382.35 from Michigan to Kentucky to pay for purchase of residence. |
| 2 | September 13, 2017 | Email processed in Yahoo email servers in interstate commerce from **SALEH ELFARRAH** using willsaleh@yahoo.com to Borders and Borders with scanned photo of social security card for A.E., to falsely claim that he was A.E. during the closing of the loan. |

In violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

## COUNT 3
(*Aggravated Identity Theft*)

5. On or about September 13, 2017, in the Western District of Kentucky, Jefferson County, the defendant, **SALEH ELFARRAH**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony

violation enumerated in 18 U.S.C. § 1028A(c), to wit, in relation to a felony violation of Title 18, United States Code, Section 1343 (Wire Fraud) in Counts 1 and 2, **SALEH ELFARRAH** transferred, possessed and used a social security card and number for A.E., a fraudulent driver's license for A.E., and the name of A.E., knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

The Grand Jury further charges:

### COUNT 4
*(False Statement on Loan Application)*

6. On or about August 23, 2017, and September 13, 2017, in the Western District of Kentucky, Jefferson County, the defendant, **SALEH ELFARRAH**, knowingly made a false statement and report for the purpose of influencing the action of United Wholesale Mortgage and First Commonwealth Mortgage Corp., mortgage lending businesses, in connection with a loan application and loan, in that the defendant submitted a loan application under the identity of another person, A.E., with supporting documents for that loan in the name of A.E., when in truth and in fact, as the defendant well knew, the defendant, **SALEH ELFARRAH,** was the actual loan applicant.

In violation of Title 18, United States Code, Section 1014.

### NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Sections 1343, 1028A, and 1014, as alleged in Counts 1 through 4 of this Indictment, the defendant, **SALEH ELFARRAH,**

shall forfeit any property, real or personal, which constitutes or is derived from proceeds traceable (directly or indirectly) to such violation.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), and Title 28, United States Code, Section 2461.

A TRUE BILL.

Redacted

*[signature: Michael A. Bennett]*

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JDJ

UNITED STATES OF AMERICA v. **SALEH ELFARRAH**

## PENALTIES

Counts 1-2: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release.
Count 3: NL 2 yrs consecutive/$250,000/both/NM 1 yrs. Supervised Release.
Count 4: NM 30 yrs./$1,000,000/both/NM 3 yrs. Supervised Release.
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.